(104 So. 341)

### Ex parte Mozel MORGAN. (4 Div. 213.)

(Supreme Court of Alabama. May 7, 1925.)

Certiorari to Court of Appeals.

Guy W. Winn, of Clayton, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition for Mozel Morgan for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Morgan v. State, 20 Ala. App. 511, 104 So. 341.

Writ denied.

All the Justices concur.